United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JHANY YULIET PEREA YORDI, | § § | CIVIL ACTION NUMBER 4:26-cv-00915 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

**ORDER**

Pending now is a petition for writ of *habeas corpus* and supplementary filing by Petitioner Jhany Yuliet Perea Yordi challenging the lawfulness of her continued detention. See Dkts 1 (petition) & 6 (supplement).

Prior order directed Respondents to show cause with a filing that establishes the propriety of Petitioner's continued detention by March 27, 2026. See Dkt 7 at 2.

Respondents failed to make such a filing despite appearing in this action. See Dkt 5 (notice of appearance).

Respondents are ORDERED to respond to the prior order to show cause by April 13, 2026.

SO ORDERED.

Signed on April 7, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge